858 A.2d 1161

Anthony WILLIAMS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 21, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of September, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.